# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RODERICK MAURICE EVANS,** : | |
| Petitioner : | CIVIL ACTION NO. 3:18-2109 |
| v. : | (JUDGE MANNION) |
| **BRADLY, USP-Canaan Warden,** : | |
| Respondent : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 18, 2020**
18-2109-01-Order